UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HOMER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:07CV680 RWS |
| UNIVERSAL AM-CAN, LTD., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on the motion to strike filed by defendant Universal Am-Can. Plaintiff has not opposed the motion, and the time for doing so has long since expired.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to strike [#5] is granted, and plaintiff's prayer for prejudgment interest is stricken from the complaint.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of June, 2007.